# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

134547

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AILEEN GOMERY,
       Plaintiff/Counter-
       Defendant-Appellee,

v

                                    SC: 134547
                                    COA: 264906

CREST FINANCIAL, INC., and LINDA
DARGIS-GIROUX,
       Defendants/Counter-
       Plaintiffs-Appellants.
                                    Leelanau CC: 02-005951-CZ

_____/

      On order of the Court, the application for leave to appeal the June 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

s0421

_____
Clerk